ACCEPTED
15-24-00091-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
1/24/2025 1:55 PM
CHRISTOPHER A. PRINE
CLERK

**No. 15-24-00091-CV**

---

**IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT
AUSTIN, TEXAS**

---

In Re OFFICE OF THE ATTORNEY GENERAL
OF THE STATE OF TEXAS,
*Relator*,

CATHOLIC CHARITIES OF THE RIO GRANDE VALLEY,
*Real Party in Interest.*

---

On Petition for Writ of Mandamus to the 139th Judicial District Court, Hidalgo
County, Cause No. C-2639-24-C

---

**NONREPRESENTATION NOTICE**

---

David C. Garza
State Bar ID #07731400
Garza & Garza
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, Texas 78522-2025
Telephone: (956) 541-4914
dgarza@garzaandgarza.com

William Powell*
Institute for Constitutional Advocacy
and Protection
Georgetown University Law Center
600 New Jersey Ave NW
Washington, DC 20001
Telephone: (202) 662-9042
whp25@georgetown.edu

Ben Gifford*
Institute for Constitutional Advocacy
and Protection
Georgetown University Law Center
PO Box 211178
Brooklyn, NY 11221
Telephone: (202) 662-9835
bg720@georgetown.edu

*Counsel for Real Party in Interest*                    **Admitted pro hac vice*

Per Texas Rule of Appellate Procedure 6.4(c), Real Party in Interest Catholic Charities of the Rio Grande Valley (CCRGV) hereby notifies the Court that non-lead counsel Ben Gifford will no longer represent CCRGV in this matter.  Mr. Gifford is leaving the Institute for Constitutional Advocacy and Protection (ICAP) on January 24, 2025, to pursue another professional opportunity and will be unable to continue his representation.  CCRGV will continue to be represented by William Powell at ICAP and David Garza at Garza & Garza.

By: /s/ William Powell
William Powell*
Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
600 New Jersey Ave NW
Washington, DC 20001
Telephone: (202) 662-9042
whp25@georgetown.edu

Ben Gifford*
Institute for Constitutional Advocacy and Protection
Georgetown University Law Center
PO Box 211178
Brooklyn, NY 11221
Telephone: (202) 662-9835
bg720@georgetown.edu

David C. Garza
State Bar ID #07731400
Garza & Garza
P.O. Box 2025
680 East St. Charles, Suite 300
Brownsville, Texas 78522-2025
Telephone: (956) 541-4914
dgarza@garzaandgarza.com

## Certificate of Service

I hereby certify that on the 24th day of January 2025, a true and correct copy of the foregoing document was served on the following counsel by the electronic filing system:

Levi T. Fuller                                          via e-mail: levi.fuller@oag.texas.gov
Assistant Attorney General
Office of the Attorney General of Texas
Consumer Protection Division
300 W. 15th St.
Austin, Texas 78701

Matthew T. Kennedy                          via e-mail: matt.kennedy@oag.texas.gov
Assistant Attorney General
Office of the Attorney General of Texas
Consumer Protection Division
300 W. 15th St.
Austin, Texas 78701

*/s/ William Powell*
*WILLIAM POWELL*

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 96576370
Filing Code Description: Letter
Filing Description: Nonrepresentation Notice of Ben Gifford
Status as of 1/24/2025 2:19 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Levi Fuller | 24087548 | Levi.Fuller@oag.texas.gov | 1/24/2025 1:55:43 PM | SENT |
| Matthew Kennedy | 24092619 | m.kennedy@covenantclearinghouse.com | 1/24/2025 1:55:43 PM | SENT |
| David Garza | 7731400 | dgarza@garzaandgarza.com | 1/24/2025 1:55:43 PM | SENT |
| Pauline Sisson | | pauline.sisson@oag.texas.gov | 1/24/2025 1:55:43 PM | SENT |
| Zoann Willis | | zoann.willis@oag.texas.gov | 1/24/2025 1:55:43 PM | SENT |
| Ryan Baasch | | ryan.baasch@oag.texas.gov | 1/24/2025 1:55:43 PM | SENT |
| Ben Gifford | | bg720@georgetown.edu | 1/24/2025 1:55:43 PM | SENT |
| Joseph Mead | | jm3468@georgetown.edu | 1/24/2025 1:55:43 PM | SENT |
| William Powell | | whp25@georgetown.edu | 1/24/2025 1:55:43 PM | SENT |
| Seth Wayne | | sw1098@georgetown.edu | 1/24/2025 1:55:43 PM | SENT |
| Cecilia Paz | | cecilia.paz@co.hidalgo.tx.us | 1/24/2025 1:55:43 PM | SENT |